IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL INSURANCE COMPANY, as subrogee of Goodson Funeral Home, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:15-cv-154-MHT-GMB (WO – Do Not Publish) |
| v. | ) ) ) | |
| JAMES MUNFORD, | ) ) | |
| Defendant. | ) | |

**ORDER**

Before the court is Plaintiff Pennsylvania National Insurance Company's ("Penn National") Motion to Transfer Venue. Doc. 23. On November 23, 2015, the court ordered Defendants James Munford and Jeffrey Easy to show cause, in writing, as to why the venue of this matter should not be transferred to the Eastern Division of the Middle District of Alabama, as requested by Penn National in its motion. *See* Doc. 24. Neither Defendant responded to the court's show cause order. Having received no objection from either Defendant, and after careful consideration of Penn National's motion, the court finds that venue for this action is proper in the Eastern Division of the Middle District of Alabama.[1] Therefore, it is ORDERED that Penn National's motion (Doc. 23) is GRANTED, and this case is TRANSFERRED to the Eastern Division of the Middle

---

[1] "[A] district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).

District of Alabama.  The Clerk of Court is DIRECTED to take the necessary steps to effectuate the terms of this Order.

    DONE this 16th day of December, 2015.

                                                  /s/ Gray M. Borden
                                    UNITED STATES MAGISTRATE JUDGE