IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PENNSYLVANIA NATIONAL      )
INSURANCE COMPANY, as      )
subrogee of Goodson        )
Funeral Home, Inc.,        )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )      3:15cv154-MHT
                           )           (WO)
JAMES MUNFORD and JEFFREY  )
EASLEY,                    )
                           )
     Defendants.           )
```

OPINION

Plaintiff Pennsylvania National Insurance Company filed this lawsuit asserting claims of negligence, breach of contract, and breach of the implied warranty of workmanship to recover its losses stemming from a fire Pennsylvania National Insurance Company contends defendants James Munford and Jeffrey Easley caused. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Pennsylvania National Insurance Company's motion

to deem requests for admissions admitted and for summary judgment on the negligence claim should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**