IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL INSURANCE COMPANY, as subrogee of Goodson Funeral Home, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:15cv154-MHT (WO) |
| JAMES MUNFORD and JEFFREY EASLEY, | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 60) is adopted.

(2) Plaintiff Pennsylvania National Insurance Company's motion to deem requests for admissions admitted and for summary judgment (doc. no. 55) is granted.

(3) The facts and allegations contained in plaintiff Pennsylvania National Insurance Company's requests for admission nos. 10 through 14 are deemed admitted as a matter of law.

(3) Summary judgment is granted in favor of plaintiff Pennsylvania National Insurance Company with respect to the negligence claim against defendant James Munford only.

(4) Judgment is entered for plaintiff Pennsylvania National Insurance Company and against defendant Munford in the amount of $ 495,500.00 in subrogation damages on the negligence claim, plus interest and costs.

Plaintiff Pennsylvania National Insurance Company's other claims against defendant Munford for breach of contract and breach of implied warranty of workmanship remain pending and will proceed to trial.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is not closed.

DONE, this the 20th day of November, 2017.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**