IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL INSURANCE COMPANY, as subrogee of Goodson Funeral Home, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:15cv154-MHT (WO) |
| JAMES MUNFORD and JEFFREY EASLEY, | ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of plaintiff's motion for entry of final judgment and for dismissal of all remaining claims pursuant to Federal Rule of Civil Procedure 41(a)(2) (doc. no. 74), it is ORDERED that the motion is granted as follows:

(1) All remaining claims against the defendant James Munford and all claims against defendant Jeffrey Easley are dismissed, with costs taxed as paid.

(2) The partial judgment previously entered (doc.

no. 62) for plaintiff Pennsylvania National Insurance Company and against defendant James Munford in the amount of $ 495,500.00 in subrogation damages on the negligence claim, plus interest and costs, is entered as a final judgment pursuant to Federal Rule of Civil Procedure 58.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of December, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**